UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-cv-82-RJC

| | | |
|---|---|---|
| LINLY ANTOINE, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| MECKLENBURG COUNTY, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* with respect to the status of Plaintiff Antoine's case. On July 2, 2008, this Court ordered the plaintiff to remit the full filing fee of $350.00 within thirty (30) days of the Court's Order or summary dismissal would occur. It is now August 5, 2008, and the plaintiff has not paid the filing fee.

**THEREFORE, IT IS HEREBY ORDERED** that Plaintiff Antoine's case be **DISMISSED.**

Signed: August 5, 2008

Robert J. Conrad, Jr.
Chief United States District Judge